AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-8179MB | **Date and time warrant executed:** 04/18/2023 at 12:48 PM | **Copy of warrant and inventory left with:** Postal Case File |
| **Inventory made in the presence of:** PI Stevens and PI Martel | | **USPS Tracking Number:** 9505 5118 0437 3104 6873 02 |

**Inventory of the property taken and name of any person(s) seized:**

Priority Mail parcel bearing Label No. 9505 5118 0437 3104 6873 02, addressed to Mr. D. Brown 188 Bridlewood Dr. St. Paul, MN 55119 with a return address of Alex Brown 9227 E. Hoverland Rd. Scottsdale, AZ 85255 contained:

A brown cardboard box with paint, Easter sign, craft trays, various craft supplies, small decorative fake plants, pottery frogs, and two clear plastic storage containers found with white lids and clear plastic tape.

The two plastic storage containers held: Approximately 5100 gross grams of suspected Fentanyl. Suspected Fentanyl is shaped as blue M30 pills and bundled in clear plastic baggies.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** 04/19/2023

*Executing officer's signature*

Digitally signed by David M. Stevens
Date: 2023.04.19 09:36:17 -07'00'

Postal Inspector David Stevens
*Printed name and title*